# EXHIBIT D

1   Richard A. Lazenby (State Bar No. 202105)
    Email: rlazenby@victorrane.com
2   Nicole A. Poltash (State Bar. No. 323420)
    Email: npoltash@victorrane.com
3   VICTOR RANE
    9350 Wilshire Blvd., Suite 308
4   Beverly Hills, California 90212
    Telephone: (310) 388-4849
5   Facsimile: (310) 388-4869

6   Attorneys for Defendant
    JETBLUE AIRWAYS CORPORATION
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF LOS ANGELES

10

11  MICHAEL REESE, an individual; LEAH       )   Case No.: 24TRCV03283
    FERRARINI, an individual,                )
12                                           )   **DEFENDANT JETBLUE AIRWAYS**
                    Plaintiffs,              )   **CORPORATION'S REQUEST FOR**
13  v.                                       )   **STATEMENT OF DAMAGES TO**
                                             )   **PLAINTIFFS**
14  JETBLUE AIRWAYS CORPORATION and          )
    DOES 1-100, inclusive,                   )
15                                           )
                    Defendants.              )
16  _____      )

17         Defendant JetBlue Airways Corporation (hereinafter, "JetBlue"), by and through its

18  attorneys of record at Victor Rane, hereby requests that Plaintiffs Michael Reese and Leah

19  Ferrarini (hereinafter, "Plaintiffs") provide a Statement of Damages setting forth the nature and

20  amount of the damages being sought against JetBlue in the above-entitled action as required

21  under California Code of Civil Procedure § 425.11. The Statement of Damages must be in

22  writing and served on the requesting party within 15 days of the date of service of this Request

23  for Statement of Damages.

24  Dated: November 7, 2024

25                                      Respectfully submitted,

26                                      By: _____
27                                          Richard A. Lazenby
                                            Nicole A.  Poltash
                                            VICTOR RANE
28                                          Attorneys for Defendant
                                            JETBLUE AIRWAYS CORPORATION

_____
DEFENDANT JETBLUE AIRWAYS CORPORATION'S REQUEST FOR
STATEMENT OF DAMAGES TO PLAINTIFFS
CASE NO.: 24TRCV03283

1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Nicole A. Poltash (State Bar. No. 323420)
   Email: npoltash@victorrane.com
3  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 388-4849
5  Facsimile: (310) 388-4869

6  Attorneys for Defendant
   JETBLUE AIRWAYS CORPORATION

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 FOR THE COUNTY OF LOS ANGELES

10

11  MICHAEL REESE, an individual; LEAH      )   Case No.: 24TRCV03283
    FERRARINI, an individual,               )
                                            )   **PROOF OF SERVICE**
12              Plaintiffs,                  )
                                            )
13  v.                                       )
                                            )
14  JETBLUE AIRWAYS CORPORATION and          )
    DOES 1-100, inclusive,                   )
                                            )
15              Defendants.                  )
                                            )

16

17       I am a resident of the State of California, over the age of eighteen years, and not a party

18  to the within action.  My business address is 9350 Wilshire Blvd., Suite 308, Beverly Hills,

19  California 90212.  On November 7, 2024, I served the below document(s) as follows:

20       1. **DEFENDANT JETBLUE AIRWAYS CORPORATION'S REQUEST FOR
            STATEMENT OF DAMAGES TO PLAINTIFFS**

21

22       **(By Mail):** As Follows:  I am "readily familiar" with the firm's practice of collection
         and processing correspondence for mailing to the person(s) at the address(es) set forth
         below.  Under that practice it would be deposited with the U.S. Postal Service on that
23  ☑    same day with postage thereon fully prepaid at Los Angeles, California, in the
         ordinary course of business.  I am aware that on motion of the party served, service is
24       presumed invalid if the postal cancellation date or postage meter date is more than one
         day after the date of deposit for mailing in affidavit.
25

26  ☐    **(By Personal Service)**: I caused the above-referenced document(s) to be personally
         delivered by hand to the person(s) at the address(es) set forth below.

27

28  ☐    **(By Overnight Courier)**: I caused the above-referenced document(s) to be delivered
         by an overnight courier service to the person(s) at the address(es) set forth below.

1

2    ☑    **(By Electronic Service)**: I caused the above-referenced document(s) to be emailed to the person(s) at the address(es) set forth below.

3

4    Walter J. Lack                          Attorneys for Plaintiffs,
      Christopher A. Kanne                     MICHAEL REESE
5    ENGSTROM, LIPSCOMB & LACK                 LEAH FERRARINI
      11601 Wilshire Blvd., 14th Floor
6    Los Angeles, CA 90025
      Telephone: (310) 552-3800
7    Facsimile: (310) 552-9434
      Emails: wlack@elllaw.com;
8    ckanne@elllaw.com

9

10         I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

11

12         Executed on November 7, 2024, at Beverly Hills, California.

13

14                                                              _Tiffany Gren_
                                                                Tiffany Gren

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849