# EXHIBIT E

WALTER J. LACK, SBN 57550
CHRISTOPHER A. KANNE, SBN 289531
ckanne@elllaw.com
**ENGSTROM, LIPSCOMB & LACK**
11601 Wilshire Blvd., 14th Floor
Los Angeles, CA 90025
Tel: (310) 552-3800
Fax: (310) 552-9434

Attorneys for Plaintiffs

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MICHAEL REESE, an individual; LEAH FERRARINI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.:** 24TRCV03283<br><br>**[Case Assignment to the Hon. Alan B. Honeycutt, Dept. E-Torrance Courthouse]**<br><br>**PLAINTIFFS' STATEMENT OF DAMAGES**<br><br>**Action Filed:** October 1 2024 |

Plaintiffs MICHAEL REESE and LEAH FERRARINI, submit the following Statement of Damages:

**MICHAEL REESE:**

Special Damages                                      $200,000.00;

General Damages:                                    $300,000.00.

472811

1

**PLAINTIFFS' STATEMENT OF DAMAGES**

**LEA FERRARINI:**

Special Damages $200,000.00;

General Damages: $300,000.00.

Dated: December 10, 2024    **ENGSTROM, LIPSCOMB & LACK**

By _____
WALTER J. LACK
CHRISTOPHER A. KANNE
Attorneys for Plaintiffs

472811

2

**PLAINTIFFS' STATEMENT OF DAMAGES**

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Boulevard, 14th Floor, Los Angeles, California 90025-1744.

On December 10, 2024, I served the foregoing document described as **PLAINTIFFS' STATEMENT OF DAMAGES** on the interested party(ies) in this action as follows:

| | |
|---|---|
| Richard A. Lazenby<br>rlazenby@victorrane.com<br>Nicole A. Poltash<br>npoltash@victorrane.com<br>VICTOR RANE<br>9350 Wilshire Blvd., Suite 308<br>Beverly Hills, California 90212<br><br>Telephone: (310) 388-4849<br>Facsimile: (310) 388-4869 | *Attorneys for Defendant,* Attorneys for Defendant JETBLUE AIRWAYS CORPORATION |

 X    (BY ELECTRONIC SERVICE) I caused all of the pages of the above-entitled documents to be sent to the recipients noted above via electronic transfer at the respective addresses indicated above. This document was transmitted and transmission reported complete without error.

 X    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 10, 2024, at Los Angeles, California.

*/s/ Merlene Fletcher*
_____
Merlene Fletcher

472811

3

**PLAINTIFFS' STATEMENT OF DAMAGES**

- **DO NOT FILE WITH THE COURT -**
- **UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Christopher A. Kanne, Esq. #289531 Engstrom, Lipscomb & Lack 11601 Wilshire Boulevard, 14th Floor Los Angeles, California 90025 ATTORNEY FOR (Name): Plaintiffs | TELEPHONE NO.: (310) 552-3800 (310) 552-9434 | FOR COURT USE ONLY |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 825 Maple Avenue
MAILING ADDRESS: 825 Maple Avenue
CITY AND ZIP CODE: Torrance, California 90503
BRANCH NAME: **Torrance Courthouse**

PLAINTIFF: Michael Reese and Leah Ferrarini
DEFENDANT: JetBlue Airways Corporation

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 24TRCV03283 |
|---|---|

To (name of one defendant only): JetBlue Airways Corporation
Plaintiff (name of one plaintiff only): Leah Ferrarini
seeks damages in the above-entitled action, as follows:

**AMOUNT**

1. **General damages**
   a. [X] Pain, suffering, and inconvenience.................................................. $ 150,000
   b. [X] Emotional distress............................................................................. $ 150,000
   c. [ ] Loss of consortium............................................................................. $
   d. [ ] Loss of society and companionship (wrongful death actions only)........ $
   e. [ ] Other (specify)................................................................................... $
   f. [ ] Other (specify)................................................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date)............................................................... $ 10,000
   b. [X] Future medical expenses (present value)......................................... $ 10,000
   c. [ ] Loss of earnings (to date).................................................................. $
   d. [ ] Loss of future earning capacity (present value)................................ $
   e. [X] Property damage............................................................................... $ 180,000
   f. [ ] Funeral expenses (wrongful death actions only)............................... $
   g. [ ] Future contributions (present value) (wrongful death actions only)... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only)... $
   i. [ ] Other (specify)................................................................................... $
   j. [ ] Other (specify)................................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify)   $
       when pursuing a judgment in the suit filed against you.

Date: 12/13/2024

Christopher A. Kanne, Esq.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov



CIV-050

| | |
|---|---|
| PLAINTIFF: Michael Reese and Leah Ferrarini | CASE NUMBER: |
| DEFENDANT: JetBlue Airways Corporation | 24TRCV03283 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages   [ ] Other *(specify)*:

   b. on *(name)*: Defendant JetBlue Airways Corp., Victor Rane Law Firm
   c. by serving   [X] defendant   [ ] other *(name and title or relationship to person served)*:

   d. [X] by delivery   [ ] at home   [X] at business
      (1) date: 12/13/2024; Richard A. Lazenby & Nicole A. Poltash, attorneys for Defendant
      (2) time: See Email addresses below
      (3) address: 9350 Wilshire Blvd., Ste. 308, Beverly Hills, CA 90212

   e. [ ] by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20 (b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. [X] Other *(specify code section)*: Electronic service: rlazenby@victorrane.com; npoltash@victorrane.com
      [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [X] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/13/24

*(signature)*

**(For California sheriff, marshal or constable use only)**
I certify that the foregoing is true and correct.
Date:

(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE
(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure, §§ 425.11, 425.115

CEB® Essential Forms™
ceb.com

CIV-050

- **DO NOT FILE WITH THE COURT -**
- **UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Christopher A. Kanne, Esq. #289531, Engstrom, Lipscomb & Lack, 11601 Wilshire Boulevard, 14th Floor, Los Angeles, California 90025 | TELEPHONE NO.: (310) 552-3800 / (310) 552-9434 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiffs | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 825 Maple Avenue
MAILING ADDRESS: 825 Maple Avenue
CITY AND ZIP CODE: Torrance, California 90503
BRANCH NAME: **Torrance Courthouse**

PLAINTIFF: Michael Reese and Leah Ferrarini
DEFENDANT: JetBlue Airways Corporation

**STATEMENT OF DAMAGES**
*(Personal Injury or Wrongful Death)*

CASE NUMBER: 24TRCV03283

To *(name of one defendant only)*: JetBlue Airways Corporation
Plaintiff *(name of one plaintiff only)*: Michael Reese
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [X] Pain, suffering, and inconvenience............................................................... $ 150,000
   b. [X] Emotional distress................................................................................... $ 150,000
   c. [ ] Loss of consortium................................................................................... $
   d. [ ] Loss of society and companionship *(wrongful death actions only)*................ $
   e. [ ] Other *(specify)*.................................................................................... $
   f. [ ] Other *(specify)*.................................................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses *(to date)*.................................................................... $ 10,000
   b. [X] Future medical expenses *(present value)*................................................... $ 10,000
   c. [ ] Loss of earnings *(to date)*...................................................................... $
   d. [ ] Loss of future earning capacity *(present value)*.......................................... $
   e. [X] Property damage.................................................................................... $ 180,000
   f. [ ] Funeral expenses *(wrongful death actions only)*.......................................... $
   g. [ ] Future contributions *(present value) (wrongful death actions only)*................. $
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)*..... $
   i. [ ] Other *(specify)*.................................................................................... $
   j. [ ] Other *(specify)*.................................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $
   when pursuing a judgment in the suit filed against you.

Date: 12/13/2024

Christopher A. Kanne, Esq.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
*(Personal Injury or Wrongful Death)*

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov



CIV-050

| PLAINTIFF: Michael Reese and Leah Ferrarini | CASE NUMBER: |
|---|---|
| DEFENDANT: JetBlue Airways Corporation | 24TRCV03283 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages  [ ] Other *(specify)*:

   b. on *(name)*: Defendant JetBlue Airways Corp., Victor Rane Law Firm
   c. by serving  [X] defendant  [ ] other *(name and title or relationship to person served)*:

   d. [X] by delivery  [ ] at home  [X] at business
      (1) date: 12/13/2024; Richard A. Lazenby & Nicole A. Poltash, attorneys for Defendant
      (2) time: See Email addresses below
      (3) address: 9350 Wilshire Blvd., Ste. 308, Beverly Hills, CA 90212

   e. [ ] by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20 (b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. [X] Other *(specify code section)*: Electronic service: rlazenby@victorrane.com; npoltash@victorrane.com
      [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [X] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/13/24

*(signature)* Medara Fletcher

(SIGNATURE)

*(For California sheriff, marshal or constable use only)*
I certify that the foregoing is true and correct.
Date:

(SIGNATURE)